IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brooks, Antwain M | Case Number: 07 B 14849 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 8/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: January 26, 2009
Confirmed:  October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 667.93 |  |
| Secured: |  | 629.97 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 37.96 |
| Other Funds: |  | 0.00 |
| Totals: | 667.93 | 667.93 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,726.33 | 0.00 |
| 2. | R & R Country Motors | Secured | 4,490.09 | 629.97 |
| 3. | Illinois Dept of Revenue | Priority | 51.85 | 0.00 |
| 4. | Sherwin Williams Emp CU | Unsecured | 50.00 | 0.00 |
| 5. | Portfolio Acquisitions | Unsecured | 30.25 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 42.99 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 304.52 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 35.85 | 0.00 |
| 10. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 12. | Sun Cash | Unsecured |  | No Claim Filed |
| 13. | Brittany Woods Apt | Unsecured |  | No Claim Filed |
| 14. | Hidden Creek Condo | Unsecured |  | No Claim Filed |
| 15. | Check Into Cash | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | First Bank Of Deleware | Unsecured |  | No Claim Filed |
| 18. | Payday Loan | Unsecured |  | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 21. | Joyce Davis | Unsecured |  | No Claim Filed |
| 22. | Oteria Davis | Unsecured |  | No Claim Filed |
| 23. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 24. | United Auto Credit | Unsecured |  | No Claim Filed |
| 25. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,734.88 | $ 629.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brooks, Antwain M | Case Number: 07 B 14849 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 8/16/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 26.78 |
| 6.5% | 11.18 |
| | $ 37.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*